Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CIV-F-03-06722 OWW DLB |
| Plaintiff, | Hon. Oliver W. Wanger |
| vs. | **ORDER ON REQUEST TO RE-SET TRIAL AND HEARING DATES** |
| HEAD, et al., | |
| Defendants. | |

Having read the Notice of Non-Settlement with Defendant Lupe Montes and Request to Re-Set Trial and Hearing Dates filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. The Order requiring Plaintiff DIRECTV, Inc. to file a stipulation for dismissal on or before May 18, 2005 is hereby vacated; and

2. The Court **SETS A FURTHER SCHEDULING CONFERENCE IN THIS MATTER FOR FRIDAY, JUNE 24, 2005 AT 8:45 AM.  A JOINT SCHEDULING REPORT SHALL BE FILED AT LEAST ONE WEEK PRIOR TO THE CONFERENCE.**

DATED:  5/24/05

/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
United States District Court

BNFY 552332v1                                1                              (CIV-F-03-06722 OWW DLB)

**[PROPOSED] ORDER ON REQUEST TO RE-SET TRIAL AND HEARING DATES**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28