1  Alan J. Kessel (Cal. Bar No.: 130707)
   Suzanne M. Burke (Cal. Bar No.: 188597)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182

6  Attorneys for Plaintiff DIRECTV, INC.

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10                    **FRESNO DIVISION**

11  DIRECTV, INC., a California corporation,    Case No. CIV-F-03-06722 OWW DLB

12            Plaintiff,                        Hon. Oliver W. Wanger

13       vs.                                    **STIPULATION FOR VOLUNTARY
                                                 DISMISSAL OF DEFENDANT LUPE
14  HEAD, et al.,                               MONTES AND REQUEST TO RETAIN
                                                 JURISDICTION; ORDER THEREON**
15            Defendants.

16

17       IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

18  ("DIRECTV") and Defendant LUPE MONTES ("Defendant"), through their respective counsel

19  of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant

20  to Fed. R. Civ. P. 41(a)(1), **only** as to Defendant.  Each of said parties to bear its/her own costs

21  and attorney's fees.

22       The terms of the Confidential Settlement Agreement dated May 19, 2005

23  ("Agreement") entered into between the Defendant and DIRECTV require installment payments

24  from Defendant, the last of which is not due to be received until June 2006.  If the Defendant does

25  not make any payment under the Agreement when due, DIRECTV is authorized to seek the entry

26  of a Judgment in this action against Defendant pursuant to a Stipulation for Entry of Judgment

27  ("Stipulation") executed by the parties concurrently with the Agreement.  The parties therefore

28  have consented, and hereby further stipulate and consent to, the retention of jurisdiction over

BNFY 554064v1                    -1-                    (CIV-F-03-06722 OWW DLB)
**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT LUPE MONTES AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1   them by this Court and to reference to a Magistrate Judge in this District for the purpose of

2   enforcing the payment terms of the Agreement, including entering a Judgment against Defendant

3   pursuant to the Stipulation.  The parties therefore respectfully request that the Court retain such

4   jurisdiction.

5   DATED: June 2, 2005                     Respectfully Submitted,

6                                           BUCHALTER, NEMER, FIELDS & YOUNGER
                                            A Professional Corporation
7

8

9                                           By:_____/s/ Suzanne M. Burke_____
                                                        Suzanne M. Burke
10                                              Attorneys for Plaintiff DIRECTV, Inc.

11  DATED: May 25, 2005

12

13

14                                          By:_____/s/ Lupe Montes_____
                                                        Lupe Montes
15                                              Defendant *Pro Se*

16

17

18

19

20

21

22

23

24

25

26

27

28

BNFY 554064v1                              -2-                    (CIV-F-03-06722 OWW DLB)

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT LUPE MONTES AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1

## <u>ORDER</u>

2          HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary

3    Dismissal of Defendant LUPE MONTES and Request to Retain Jurisdiction, and such other

4    pleadings, documents and records deemed appropriate by the Court, and good cause appearing

5    therefore, IT IS HEREBY ORDERED:

6                    (1)     Defendant LUPE MONTES is hereby dismissed from this action without

7    prejudice;

8                    (2)     Each of said parties to bear its/her own costs and attorney's fees; and

9                    (3)     The Court shall retain jurisdiction over DIRECTV and Defendant LUPE

10   MONTES to enforce the terms described above of the Settlement Agreement between those

11   parties dated May 19, 2005 and hereby refers any further proceedings in this action to enforce

12   such terms of the Settlement Agreement to a Magistrate Judge of this District.

13   Dated:  June 6, 2005                           /s/ OLIVER W. WANGER

14                                                  _____

                                                    Honorable Oliver W. Wanger
15                                                  United States District Court
                                                    Eastern District of California

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT LUPE MONTES AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER, NEMER, FIELDS & YOUNGER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On June 3, 2005, I served the foregoing document described as: **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT LUPE MONTES AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

**\*\*\*SEE ATTACHED LIST\*\*\***

**[X]    BY MAIL**    I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause.  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.  The address(es) shown above is(are) the same as shown on the envelope.  The envelope was placed for deposit in the United States Postal Service at Buchalter, Nemer, Fields & Younger in Irvine, California.  The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

**[X]**    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 3, 2005, at Irvine, California.

Joanne D. Mealey                              /s/ Joanne D. Mealey

                                                                    (Signature)

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT LUPE MONTES AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1

**SERVICE LIST**

2

Lupe Montes
3954 Arden Drive North
3 Fresno, California 93703

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT LUPE MONTES AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**